✎AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     CALIFORNIA

UNITED STATES OF AMERICA
V.
Jose Luis Martinez

**SUMMONS IN A CRIMINAL CASE**

Case Number:     10cr0061-BTM

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States Courthouse<br>940 Front Street<br>San Diego, CA 92101 | Room<br>Courtroom 15, 5th Floor |
|---|---|
| | Date and Time<br>June 1, 2012 11:00 AM |
| Before:    Honorable Barry Ted Moskowitz | |

To answer a(n)

☐ Indictment     ☐ Information     ☐ Complaint     ☐ Violation Notice     X Probation Violation Petition

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

s/ E. Silvas                         May 16, 2012
Signature of Issuing Officer         Date

E. Silvas, Deputy Clerk
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Date<br>Service was made by me |
| Check one box below to indicate appropriate method of service |

☐ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned _____  
    Date

_____  
Name of United States Marshal

_____  
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.